UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHRIS McDANNALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| FASTENAL COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### NOTICE OF REMOVAL

Defendant FASTENAL COMPANY ("Fastenal"), by its attorneys, hereby removes the instant action from the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, to this, the United States District Court for the Central District of Illinois, Springfield Division, pursuant to 28 U.S.C. §§1441 and 1446, and in support thereof states as follows:

### STATEMENT OF THE CASE

1. Plaintiff, Chris McDannald ("Plaintiff" or "McDannald") commenced this action on or about February 2, 2010 in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois against Fastenal. This action is identified in the Circuit Court of the Seventh Judicial Circuit Sangamon County, Illinois as "*Chris McDannald, Plaintiff v. Fastenal Company, Defendant*, No. 2010L 000005" (the "State Court Action").

2. Attached hereto as Exhibit A and incorporated herein by reference are true and correct copies of all process and pleadings delivered to Fastenal, including a copy of the Summons and Complaint.

3. Fastenal first received a copy of the Complaint on May 24, 2010.

4. This Notice of Removal has been filed within thirty (30) days of Fastenal's receipt of the Complaint that commenced the State Court Action and is therefore timely in accordance with 28 U.S.C. § 1446(b).

5. Fastenal is the sole defendant named in the State Court Action. Therefore, no other properly served and joined defendants are required to consent to this Notice of Removal.

## FEDERAL QUESTION JURISDICTION- 28 U.S.C. §1331

6. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331 and the action is removable under 28 U.S.C. §1441 in that this litigation involves a matter of federal law.

7. Plaintiff contends that he experienced unlawful employment discrimination because of his disability. (Ex. A, ¶¶6-10). Plaintiff references, incorporates and attaches his U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights to his Complaint. (Ex. A). Plaintiff alleges Fastenal's alleged conduct was "in violation of 42 U.S.C. Section 2000e-5." (Ex. A, ¶10).

## DIVERSITY JURISDICTION – 28 U.S.C. § 1332

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between McDannald, the only plaintiff, and Fastenal, the only defendant, and the amount in controversy exceeds $75,000.

9. The controversy between Plaintiff and Fastenal is a controversy between citizens of different states. Plaintiff is a citizen of Illinois. (Exhibit A, ¶3). Fastenal is a Minnesota corporation, with its principal place of business in Minnesota. (Exhibit B, Affidavit of Ryan Olson).

10. Plaintiff alleges that Fastenal terminated his employment on March 31, 2008. (Ex. A, ¶8). Plaintiff seeks damages for this economic loss and compensatory damages for personal injuries. (Ex. A). Plaintiff also seeks compensatory damages, punitive damages, exemplary damages and attorneys' fees in an amount in excess of $50,000. (Ex. A). Based on a good faith reading of the allegations in Plaintiff's Complaint, the matter in controversy in this action exceeds $75,000, exclusive of interest and costs.

11. Because there is complete diversity among the parties and the amount in controversy requirement is satisfied, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) and pursuant to 28 U.S.C. §1441 removal is proper.

## REMOVAL REQUIREMENTS

12. This Notice of Removal has been filed in accordance with 28 U.S.C. §§1441 and 1446.

13. Venue is proper pursuant to 28 U.S.C. § 1441, because the Central District of Illinois, Springfield Division, embraces Sangamon County, where the State Court Action was originally commenced.

14. Pursuant to 28 U.S.C. § 1446(d), upon the filing of this Notice of Removal, Fastenal is promptly providing written notice of same to the Clerk of the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois.

## CONCLUSION

Because the Complaint could have originally been filed in federal court, as the Complaint involves a federal question and there is diversity jurisdiction, and because this Notice of Removal has been timely filed, Fastenal hereby removes this action from the Circuit Court of the

Seventh Judicial Circuit, Sangamon County to the United States District Court for the Central District of Illinois, Springfield Division.

WHEREFORE, Defendant FASTENAL COMPANY prays that the action described herein that is currently pending against it in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois No. 2010 L 000005, be removed therefrom to this Court.

Respectfully submitted,

FASTENAL COMPANY

By:     /s/ Erin Rose Peterson
             One of Its Attorneys

Patrick S. Coffey (*Admission Pending*)
Erin Rose Peterson
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-1802 (P. S. Coffey)
(312) 443-0415 (E. R. Peterson)

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2010, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, and I caused to be served upon all interested parties via U. S. Mail by depositing same in the U.S. Mail at 111 South Wacker, Chicago, Illinois, first class postage properly affixed,, before the hour of 5:00 p.m., on June 22, 2010 addressed as follows:

>Mr. John E. Kerley
>KERLEY & ASSOCIATES, P.C.
>1118 South Sixth Street
>Springfield, Illinois 62704:


          /s/ Erin Rose Peterson

## INDEX OF EXHIBITS

A    Summons and Complaint

B    Affidavit of Ryan Olson

# EXHIBIT A



|  |  |
|---|---|
| | **Service of Process Transmittal** |
| | 05/24/2010 |
| | CT Log Number 516678310 |

**TO:** John Milek
Fastenal Company
2001 Theurer Boulevard
Winona, MN 55987

**RE:** **Process Served in Illinois**

**FOR:** Fastenal Company (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Chris McDannald, Pltf. vs. Fastenal Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice(s) |
| **COURT/AGENCY:** | Sangamon County - 7th Judicial Circuit Court, IL<br>Case # 2010L000005 |
| **NATURE OF ACTION:** | Employee Litigation - Harassment - Wrongful termination of employment on basis of disability - 03/31/08 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/24/2010 at 10:54 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | John E. Kerley<br>Kerley & Associates, P.C.<br>1118 South Sixth Street<br>Springfield, IL 62704<br>217-523-0007 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/24/2010, Expected Purge Date: 05/29/2010<br>Image SOP<br>Email Notification, John Milek jmilek@fastenal.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Tim Light |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

5/24 10:54 am

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

| | |
|---|---|
| CHRIS McDANNALD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2010-L-5 |
| FASTENAL COMPANY, | ) This complaint seeks damages in an amount in excess of $50,000.00 |
| Defendant. | ) |

## SUMMONS

**To each defendant:** Fastenal Company c/o Registered Agent CT Corporation System, 208 S. LaSalle Street, Ste. 814, Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the clerk of this court, Sangamon County Courthouse, 200 South 9th Street, Springfield, Illinois 62701, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

MAY 10 2010

WITNESS, _____

(Seal of the Court)

_____
(Clerk of the Circuit Court)

=====================================================

KERLEY & ASSOCIATES, P.C.   Date of Service:_____
1118 South 6th Street
Springfield, IL 62703                    (To be inserted by officer one
(217) 523-0007                            copy left with defendant or
                                          other person)

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

**FILED**
FEB 0 2 2010  CIV.-9
Clerk of the Circuit Court

| | |
|---|---|
| CHRIS McDANNALD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| FASTENAL COMPANY, | ) **2010 L 000005** |
| | ) This complaint seeks damages |
| | ) in an amount in excess of $50,000.00 |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, CHRIS McDANNALD (hereafter "McDannald"), and for his cause of action against the Defendant, FASTENAL COMPANY (hereafter "Fastenal"), states as follows:

1. That McDannald is a male and was formerly employed by Fastenal. McDannald was employed by Fastenal until his discharge which occurred on or about March 31, 2008.

2. That at all times McDannald performed his job duties in a satisfactory manner and in accordance with the legitimate expectations of Fastenal.

3. That McDannald is an adult male and resided within the confines of Sangamon County, Illinois at all times pertinent to the foregoing proceeding.

4. That at all times pertinent to this proceeding Fastenal did, in connection with its business enterprise, employ individuals to engage in business within Sangamon County, Illinois.

5. That Fastenal is an employer under the Illinois Human Rights Act.

6. That within the time prescribed by the Illinois Human Rights Act and by 42 U.S.C. Section 2000e-5, the Plaintiff, McDannald, did cause to have filed with the Illinois Department of Human Rights and Equal Employment Opportunity Commission (hereafter "EEOC") a charge of a violation against Fastenal. That McDannald has initiated this proceeding withing ninety days of receiving a right to sue notice from the EEOC. A copy of the letter is attached as Exhibit 1.

7. At the time of his employment with Fastenal, McDannald was an individual with a disability within the meaning of Section 1-103(I) of the Illinois Human Rights Act..

8. On March 31, 2008 Fastenal terminated McDannald's employment due to his disabilities.

9. That the acts of discriminatory conduct described above was the result of a willful or intentional effort on the part of Fastenal to discriminate against McDannald because of his disability and to harass him.

10. That by virtue of the conduct described in the preceding paragraphs the Plaintiff, McDannald, was the recipient of discriminatory treatment in employment in violation of 42 U.S.C. Section 2000e-5 and the Illinois Human Rights Act, and in particular 775 ILCS 5/2-102.

11. That as a direct and proximate result of the discriminatory treatment described above the Plaintiff, McDannald, suffered mental anguish, inconvenience, embarrassment, the loss of the enjoyment of life and loss of employment.

WHEREFORE, Chris McDannald, respectfully requests that this Court enter judgment in his favor and against Fastenal Company, and provide the following relief:

(a) Enter a declaratory judgment determining that the actions complained of in this complaint are unlawful in violation of the provisions of the Illinois Human Rights Act;

(b) Award McDannald damages sufficient to compensate him for economic losses he has sustained as a result of the conduct of Fastenal as well as compensatory damages for any personal injuries sustained because of the conduct of Fastenal to the extent compensable under the law;

(c) Award McDannald compensatory, punitive and exemplary damages to the extent permitted by law in an amount in excess of Fifty Thousand Dollars ($50,000.00);

(d) Assess against Fastenal the costs and expenses incurred by McDannald in maintaining the above-captioned proceeding together with the reasonable attorney fees incurred by him in prosecuting the above-captioned cause; and

(e) Provide such other relief as the Court deems to be equitable and just.

Respectfully submitted,

CHRIS McDANNALD, Plaintiff,

By: _____
JOHN E. KERLEY

John E. Kerley - Reg. #06201458
KERLEY & ASSOCIATES, P.C.
Attorney for Plaintiff
1118 South Sixth Street
Springfield, Illinois 62704
Telephone: (217) 523-0007
Facsimile: (217) 523-0009

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Chris McDannald<br>1450 Flat Rock Rd<br>Penn Valley, PA 19072<br><br>First Class Mail | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2008-03193 | Armemola P. Smith,<br>State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe/TM*                                   11/3/09

Enclosures(s)

John P. Rowe,                                          (Date Mailed)
District Director

cc:  FASTENAL COMPANY
     1101 W Madison St
     Springfield, IL 62702

# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHRIS McDANNALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| FASTENAL COMPANY, | ) ) ) |
| Defendant. | ) ) ) ) |

I, Ryan Olson, declare:

1. I am a Corporate Counsel for Fastenal Company ("Fastenal") and authorized by Fastenal to make this declaration in support of Fastenal's Notice of Removal. I have personal knowledge of the matters set forth herein, and if called as witness in this action, can and would testify competently thereto.

2. I am personally familiar with Fastenal's business operations and corporate structure.

3. Fastenal is a Minnesota corporation, with its principal place of business located in Minnesota at 2001 Theurer Blvd., Winona, Minnesota 55987.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2010, at Winona, Minnesota.

Ryan Olson