E-FILED
Tuesday, 15 November, 2011 02:25:54 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **CHRIS McDANNALD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:10-cv-03146 |
| **FASTENAL COMPANY,** | ) Judge Sue E. Myerscough |
| | ) Magistrate Judge Byron G. Cudmore |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Chris McDannald and Fastenal Company ("Fastenal") hereby stipulate and agree that all claims against Fastenal shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this _____ day of _____, 2011.

_____
Judge Sue E. Myerscough
United States District Court

AGREED TO:


      /s/ John Kerley
John Kerley
Attorney for Plaintiff Chris McDannald
Law Office of Kerley & Associates, P.C.
1118 South 6th Street
Springfield, Illinois  62703
217-523-0007
lawyerjohn@aol.com


      /s/ Erin Rose Nathan
Erin Rose Nathan
Attorney for Defendant Fastenal Company
Locke Lord LLP
111 South Wacker Drive, Suite 4300
Chicago, Illinois  60606
(312) 443-0415 (t)
(312) 896-6749 (f)
enathan@lockelord.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2011, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to the following:

> John Kerley
> lawyerjohn@aol.com

                                      /s/ Erin Rose Nathan